# ORDER FOR SUPPLIES OR SERVICES
(Contractor must submit four copies of invoice.) RTP

Form approved CMB No. 0704-0187 Expires Dec 31, 1993

PAGE 1 of **** 3

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA, 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project(0704-0187), Washington, DC 20503.

**PLEASE DO NOT RETURN YOUR FORM TO EITHER OF THESE ADDRESSES**
**SEND YOUR COMPLETED FORM TO THE PROCUREMENT OFFICAL IDENTIFIED IN ITEM 6.**

1. CONTRACT/PURCH ORDER NO.: SP310099M7045
2. DELIVERY ORDER NO.:
3. DATE OF ORDER (YYMMDD): 99 FEB 02
4. REQUISITION/PURCH REQUEST NO.: 90223006
5. PRIORITY:

6. ISSUED BY CODE SP3100
DEFENSE DISTRIBUTION CENTER
PROCUREMENT OFFICE DDC-J1-A
2001 MISSION DR BLDG 81
NEW CUMBERLAND PA 17070-5001

7. ADMINISTERED BY (if other than 6) CODE

8. DELIVERY FOB
[X] DEST
[ ] OTHER
(See Schedule if Other)

9. CONTRACTOR CODE 009U8 FACILITY CODE
NAME AND ADDRESS
OPTICAL FIBER NETWORK INC
429 31ST AVENENUE COURT NE
HICKORY NC 28601

10. DELIVER TO FOB POINT BY (Date) (YYMMDD): 99 FEB 12

11. MARK IF BUSINESS IS
[X] SMALL
[ ] SMALL DISAD-VANTAGED
[ ] WOMEN-OWNED

12. DISCOUNT TERMS: NET 30 DAYS

13. MAIL INVOICES TO: SEE BLOCK 15

14. SHIP TO CODE SB3211
BILL OF MATERIAL BRANCH
ATTN; DDJC-SSM (SB3211)
BLDG 205 SECTION 6
LATHROP CA 95330-5000

15. PAYMENT WILL BE MADE BY CODE HQ0131
DEF FINANCE & ACCT SERVICE
ATTN: DFAS-CO-TLCO
P O BOX 369016
COLUMBUS OH 43236-9016

MARK ALL PACKAGES AND PAPERS WITH CONTRACT OR ORDER NUMBER

16. TYPE OF ORDER
DELIVER — This delivery order is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.
PURCHASE — Reference your furnish the following on terms specified herein.
ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYMMDD)

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE
01 97X4930.5BE0 00193 P300 26 S33181 $43,175.00

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED * | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | DOCUMENT NOUN NSN/MFG-PART-NUM ACC | | | | |
| 0001 | 90223006 CABLE 614500J114070 01 | 27500 | FT | $1.57000 | $43,175.00 |
| | CABLE, FIBER OPTIC, INDOOR/OUDOOR USE, OPTICAL CABLE P/N GX24-125K-SYMC/YMD-900-OFNP (SINGLE MODE), 1, 500 FT PER REEL | | | | |

VARIATION IN QUANTITY (APR 1984) FAR 52.212-9:
THE PERMISSABLE VARIATION UNDER THE CLAUSE OF THE GENERAL PROVISIONS ENTITLED "VARIATION IN QUANTITY" SHALL BE LIMITED TO: INCREASE 10%. DECREASE 10%. THIS INCREASE OR DECREASE SHALL APPLY TO TOTAL QUANTITY OF EACH ITEM.

* If quantity accepted by the government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle

24. UNITED STATES OF AMERICA
BY: IRMA L. ANDERSON CONTRACTING/ORDERING OFFICER

25. TOTAL: $43,175.00
29. DIFFERENCES:
30. INITIALS:

26. QUANTITY IN COLUMN 20 HAS BEEN
[ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE | SIGNATURE OF AUTHORIZED GOVERNMENT OFFICIAL

27. SHIP. NO.
[ ] PARTIAL
[ ] FINAL

28. D.O. VOUCHER NO.

31. PAYMENT
[ ] COMPLETE
[ ] PARTIAL
[ ] FINAL

32. PAID BY

33. AMOUNT VERIFIED CORRECT FOR

34. CHECK NUMBER

35. BILL OF LADING NO.

36. I certify this account is correct and proper for payment.

DATE | SIGNATURE AND TITLE OF CERTIFYING OFFICER

37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO.

DD FORM 1155, APR 93 (EF) PREVIOUS EDITION MAY BE USED 460/361

| continuation sheet | REFERENCE NO. DOCUMENT BEING CONTINUED<br>SP310099M7045 | page 2 of pages 3 |
|---|---|---|

NAME OF OFFICER OR CONTRACTOR: OPTICAL FIBER NETWORK INC

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CLIN | DOCUMENT NOUN NSN/MFG-PART-NUM ACC | | | | |

** RECEIVING DOCK HOURS: 7:00 AM - 2:30 PM LOCAL TIME, MONDAY THRU FRIDAY (CLOSED ON SAT. SUN. & FED. HOLIDAYS).
*** CALL (209) 982-3621 OR FAX (209) 982-3620 FOR DIRECTIONS OR ANY RECEIVING QUESTIONS.

Inquiries or request for Status for SUPPLIES Orders should be directed to 209/982-2438 OR 982-2412.
Inquiries or request for status for JOB SERVICES Orders may be directed to 982-2421

All fax inquiries should be directed to 209/982-2450.

Submit invoices to the address shown in Block 15 of DD Form 1155 in Original and 3 copies.

ANY BILLING QUESTIONS SHOULD BE DIRECTED TO DFAS-COLUMBUS CENTER, 800/453-9381 OR 614/693-1060/1081 OR VIA FAX 614/693-4865.

Invoice should show the Order Number contained in block 1 and/or 2 of DD Form 1155 and the applicable document numbers in Block 10, Schedule of Supplies or Services.

FAR 52.213-4 TERMS AND CONDITIONS -- SIMPLIFIED ACQUISITIONS (OTHER THAN COMMERCIAL ITEMS) (MAY 2001)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at these addresses:

http://www.arnet.gov/far/
http://www.dtic.mil/contracts/
http://www.procregs.hq.dla.mil/icps.ht

The Remit to Address is changed to the following: RIVIERA FINANCE (OFNI FINANCE COMPANY), 3520 PIEDMONT ROAD NE, SUITE 100, ATLANTA, GA 30305

Ref: Quote by David Middleton, 828/322-7909 (FAX 7809) Ronnie Payad, 209/982-2421. ** AWARD IS BASED ON DELIVERY ARRIVAL DATE OF NO LATER 12 FEB 99. YOUR PROPOSAL DISPLACED SOME VENDORS WHO HAVE QUOTED A LONGER DELIVERY DATE.

PROMPT PAYMENT (MAY 2001) FAR 52.232-25

PAYMENT BY ELECTRONIC FUNDS TRANSFER - CENTRAL CONTRACTOR REGISTRATION (MAY 1999)

NSN 7540-01-152-8067
PREVIOUS EDITIONS USABLE

STANDARD FROM 36 (REV.10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 52.111

| continuation sheet | REFERENCE NO. DOCUMENT BEING CONTINUED<br>SP310099M7045 | page 3 | of pages 3 |
|---|---|---|---|
| NAME OF OFFICER OR CONTRACTOR | OPTICAL FIBER NETWORK INC | | |

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CLIN | DOCUMENT NOUN NSN/MFG-PART-NUM ACC | | | | |
| | (FAR 52.232033)<br><br>REMIT TO ADDRESS :<br>AND VENDOR ADDRESS SAME | | | | |

NSN 7540-01-152-8067
PREVIOUS EDITIONS USABLE

STANDARD FROM 36(REV.10-83)
PRESCRIBED BY GSA
FAR(48 CFR) 52.111

# Optical Fiber Network Inc.(OFNi)

# INVOICE

[redacted]

828.322.7909
fax 828.322.7809

**SOLD TO:** Defense Finance & Acct. Service
ATTN: DFAS-CO-LCO
P O BOX 369016
COLUMBUS, OH 43236-9016

| | |
|---|---|
| INVOICE NUMBER | 7045 |
| INVOICE DATE | 02/17/99 |
| OUR ORDER NUMBER | SP310099M7405 |
| YOUR ORDER NUMBER | SP310099M7405 |
| TERMS | 1%net 10 days |
| SALES REP | David L. Middletor |
| SHIPPED VIA | |
| F.O.B. | Destination |
| PREPAID or COLLECT | Collect |

**SHIPPED TO:**
Bil of Material Branch
Attention: DDJC-SSM <SB3211>
Bldg. 205 Section 6 209.982.3961
Lathrop, CA 95330-5000 209.982.3620 FAX

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 28,500 | Optical Cable P/N: GX2-125k-SYMC/YMD-900-OFNP single mode(1500' per reel) | 1.57 | $44,745.00 |
| | | SUBTOTAL | 44,745.00 |
| | | TAX | |
| | | FREIGHT | |

NOTICE OF ASSIGNMENT
THIS INVOICE HAS BEEN ASSIGNED TO
AND MUST BE PAID DIRECTLY TO
RIVIERA FINANCE
P.O. BOX 200253
DALLAS, TEXAS 75320-0253
ANY CLAIM OR OFFSET MUST BE
REPORTED IMMEDIATELY TO
(404) 237-2286
OR
(800) 334-2092

$44,745.00
PAY THIS AMOUNT

Questions concerning this invoice?
Call: David L. Middleton
828.322.7909

**MAKE ALL CHECKS PAYABLE TO:**
[redacted]

***THANK YOU FOR YOUR BUSINESS!***

PAYAD.WK4

Attachment A

**RIVIERA FINANCE®**

February 17, 1999

Defense Finance & Acct. Service
ATTN DFAS-C[illegible]-LC[illegible]
P O Box 369016
Columbus, OH 43236

RE: **Confirmation of Payment on Optical Fiber Network Inc. (hereinafter "CLIENT") Invoices Assigned to Riviera Finance.**

Dear Sirs,

CLIENT has requested that Riviera Finance provide an Accounts Receivable Factoring program that would involve funding based on the invoice(s) due from your company. Riviera Finance requires confirmation regarding the payment of specific invoices for services performed and/or goods delivered by CLIENT. Attached is a *Notification Agreement* signed by both CLIENT and Riviera which adheres to the guidelines of the Uniform Commercial Code and serves as a formal notification that invoices of CLIENT have been assigned to Riviera. Accordingly, it is Riviera's right, as assignee, to receive all payment on the invoices listed below and on all future invoices of CLIENT.

The following invoice(s) has/have been submitted to Riviera for consideration. Please confirm all information set forth below:

| Invoice # | Invoice Date | Invoice Amount | Received/ ~~Inspected/~~ Approved | To Be Paid In Full W/O Offset |
|---|---|---|---|---|
| 7045 | 2/17/99 | $44,745.00 | 2/19/99 | SS |

Payment terms on invoice(s) listed above Net 30 days.
*The above is without any offsets, claims or credits which may reduce the amount due.*

Page 1 of 2
Confirmation

3520 Piedmont Road, N.E. Suite 100. Atlanta, Georgia 30305
404/237-2286 800/334-2092 FAX 404/237-8723

EXHIBIT
E

Riviera appreciates you taking the time to verify this information. Riviera Finance is basing its purchasing on the written assurances that you provide on behalf of Defense Finance & Acct. Service hereinafter ("Account Debtor").

The undersigned agrees not to assert against Riviera Finance any claim or defense which Account Debtor may have against CLIENT.

The undersigned acknowledges that he/she has the authority to sign this statement on behalf of the Account Debtor.

Defense Finance & Acct. Service

Sylvia Garcia
Name

Supply Tech BOM Section
Title

3-2-99
Date

*Invoices and any prior notification attached hereto.*

Page 2 of 2
Confirmation

**Optical Fiber Network Inc.(OFNi)**

429 31st Ave. Court NE
Hickory, NC 28601

828.322.7909
828.322.7809 fax

## NOTICE OF ASSIGNMENT

Defense Finance & Acct Service
ATT DFAS-CO-LCO
PO Box 369016
Columbus, OH 43236

Date 2-17-99

In order to accommodate the changes and growth in our business, we have been fortunate to obtain the services of RIVIERA FINANCE as a source of capital funding. The availability of this service will enable us to serve our customers in a more efficient manner. Therefore, we wish to inform you that payments on all invoices from OPTICAL FIBER NETWORK, INC. should be made **PAYABLE TO AND MAILED DIRECTLY TO:**

RIVIERA FINANCE
Assignee for OPTICAL FIBER NETWORK, INC.
P. O. BOX 200253
DALLAS, TX 75320-0253

This assignment has been duly recorded under applicable state and local statutes and under the Uniform Commercial Code. Please make the proper notations on your ledger and acknowledge the receipt of this letter by signing one copy at the bottom of this page and returning it to RIVIERA FINANCE.

If there are any questions concerning your billing, please call RIVIERA FINANCE at (800) 334-2092 or Fax to (404) 237-8723.

This notice and instruction remains in full force and effect until you are again notified by both the undersigned and RIVIERA FINANCE in writing to the contrary.

Sincerely,

Riviera Finance

Alba M. Gaudet

Alba M. Gaudet, Manager

OPTICAL FIBER NETWORK, INC.

[signature]

David Middleton, President

P.S. Please sign one copy and mail to RIVIERA FINANCE in the enclosed business reply envelope. Thank you.

ACKNOWLEDGED BY ______________________________

TITLE ______________________________

COMPANY NAME ______________________________

RIVIERA FINANCE Federal ID# 75-2513281, is not subject to backup withholding.

Attachment B

**OFNI**

*OFNI*
*PO Box 2162*
*Hickory, NC*
*28603-2162*

*Phone: 828.322.7909*
*Fax: 828.322.7809*
*E-mail: jcampbell@ofni.com*

*Tuesday, February 23, 1999*

*5th Logistic Agency*
*Defense Distribution Center(West) Contracting*
*Attention: Ronnie Payad*
*PO Box 960001*
*Bldg. S-4, Code DDSCW-PA*
*Stockton, CA 95296-0800*

*Dear Mr. Payad,*

*This letter is in reference to Optical Fiber Network's award of contract number (order number) SP310099M7405. OFNi would like to amend the contract, to show that the recipient of funds for services rendered be addressed to Riviera Finance (OFNi's finance company). The company's address is 3520 Piedmont Road NE, Suite 100, Atlanta GA 30305.*

*OFNi also gives Defense Distribution Center (West) Contracting, permission to answer all questions and to comply with all request Riviera may deem necessary concerning the above contract/order number.*

*If you have any questions please contact James E. Campbell Jr. at 828.322.7909. Thank you.*

*Sincerely,*

*David L. Middleton*

*David L. Middleton*

11/29/2001 10:46 FAX 7043425264 POYNER AND SPRUILL 008

Amy RivieraJames E. Campbell Jr. From: James E. Campbell Jr 828.322.7809 3/3/99 11:35:48 Page 1 of 1
James E. Campbell Jr
FEB-26-1999 11:33 P.01

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 1

2. AMENDMENT/MODIFICATION NO. P00001
3. EFFECTIVE DATE 99 FEB 24
4. REQUISITION/PURCHASE REQ. NO. CONSOLIDATION
5. PROJECT NO. (If applicable)

6. ISSUED BY CODE SP3100
DEFENSE DISTRIBUTION CENTER
PROCUREMENT OFFICE
DDC-AA BLDG 2001 2ND FL
NEW CUMBERLAND PA 17070-5001

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
OPTICAL FIBER NETWORK INC
429 31ST AVENENUE COURT NE
HICKORY NC 28601

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
(X) 10A. MODIFICATION OF CONTRACT/ORDER NO.
SP3100 99M7045
10B. DATED (SEE ITEM 13)
99 FEB 02

CODE 00908 FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
DFARS 212.503 (d) (i) (B)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The Remit to Address is changed to
the following:
RIVIERA FINANCE ~~<OFNI FINANCE~~ MWD
MWD ~~COMPANY>~~, 3520 PIEDMONT ROAD NE,
SUITE 100, ATLANTA, GA 30305

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)
15C. DATE SIGNED

16A. NAME AND TITLE OF SIGNER (Type or print)
MICHAEL DELCIMA
16B. UNITED STATES OF AMERICA
BY Michael Delcima
(Signature of Contracting Officer)
16C. DATE SIGNED
26 FEB 99

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# Optical Fiber Network Inc.(OFNI)

# INVOICE

429 31st Ave. Court NE
Hickory, NC 28601 828.322.7909
fax 828.322.7809

SOLD TO: Defense Finance & Acct. Service
ATTN: DFAS-CO-LCO
P O BOX 369016
COLUMBUS, OH 43236-9016

| | |
|---|---|
| INVOICE NUMBER | 7045-b |
| INVOICE DATE | 07/01/99 |
| OUR ORDER NUMBER | SP310099M7045 |
| YOUR ORDER NUMBER | SP310099M7045 |
| TERMS | 0.5% 10days |
| SALES REP | David L. Middleto |
| SHIPPED VIA | |
| F.O.B. | Destination |
| PREPAID or COLLECT | Collect |

SHIPPED TO:
Bil of Material Branch
Attention: DDJC-SSM <SB3211>
Bldg. 205 Section 6 209.982.3961
Lathrop, CA 95330-5000 209.982.3620 FAX

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 29,763 | Optical Cable P/N: GX2-125k-SYMC/YMD-900-OFNP single mode(1500' per reel) | 1.57 | $46,727.91 |
| | [redacted] | | |
| | | SUBTOTAL | 46,727.91 |
| | | COLLECTED | 44,745.00 |
| | | | $1,982.91 PAY THIS AMOUNT |

Questions concerning this invoice?
Call: David L. Middleton
828.322.7909

MAKE ALL CHECKS PAYABLE TO:
Optical Fiber Network Inc
P.O. Box 2162
Hickory, NC 28601

*THANK YOU FOR YOUR BUSINESS!*

DDC J-1A

February 8, 2002

S. Andrew Jurs
POYNER & SPRUILL
100 North Tryon Street, Suite 4000
Charlotte, NC 28202-4010

Dear Mr. Jurs:

This responds to your letter dated January 29, 2002 regarding the claim of Riviera Finance of Texas, Inc. under Contract No. SP3100-99-M-7045. I have examined our records and have found no evidence that an assignment of claims was ever executed for this contract by the contractor, Optical Fiber Network, Inc. Assignments of Claims are required by FAR 52.232-23 and FAR Subpart 32.8 to allow a contractor to transfer its right to be paid by the government.

While there is no evidence that Riviera and Optical Fiber Network executed an assignment of claims with the contracting officer, there was a modification to the contract dated February 24, 1999. The modification indicated that the remittance address was changed from the contractor's address to Riviera Finance, 3520 Piedmont Road NE, Suite 100, Atlanta, GA. Unfortunately, the modification to the contract was done by an individual who no longer works for the government. Therefore, I am unable to gain any further information.

I believe your claim should be directed to the Defense Finance & Accounting Service, DFAS-CO-TLCO, PO Box 369016, Columbus, OH 43236-9016. I have contacted Cheryl Lennox at DFAS about this situation and recommend you contact her directly at 614-639-1029.

Sincerely,

Merlene S. DuBose
Contracting Officer

Cc: Cheryl Lennox

POYNER & SPRUILL L.L.P.
ATTORNEYS-AT-LAW

S. Andrew Jurs
Attorney-at-Law

Direct Dial: 704.342.5301
sajurs@poynerspruill.com

www.poynerspruill.com

Other offices: Raleigh, Rocky Mount

January 29, 2002

Beverly Lanier
Assistant Director
Defense Distribution Center Procurement Office
2001 Mission Drive
New Cumberland, PA 17070-5001

Re: Claim of Riviera Finance of Texas, Inc. re: Contract No. SP310099M7045

Dear Ms. Lanier:

We represent Riviera Finance of Texas, Inc. ("Riviera"), the assignee of rights under Contract No. SP310099M7045. Enclosed is Riviera's Claim for Compensation under this contract. It is our understanding that the original Contracting Officer no longer is at DDC-AA; therefore, we have directed the Claim to your attention. If there is someone else at DDC-AA who should receive this claim, please provide me with their name, address, and title so that I can submit the Claim to them. Please call me if you have any questions.

Regards,

S. Andrew Jurs

S. Andrew Jurs

SAJ:saj

Enclosure

CHARLOTTE/018328-014/153051 v.1 01/29/02

**CLAIM OF RIVIERA FINANCE OF TEXAS, INC.
FOR COMPENSATION UNDER CONTRACT NO. SP310099M7045**

TO: Beverly Lanier
Assistant Director
2001 Mission Drive
New Cumberland, PA 17070-5001

FROM: Riviera Finance of Texas, Inc.

RE: Contract No. SP310099M7045

**I. Introduction – Riviera's Relationship with Optical Fiber Network, Inc.**

On or about July 6, 1998, Riviera Finance of Texas, Inc. ("Riviera") entered into a contract (the "Factoring Agreement") with Optical Fiber Network, Inc. ("Optical Fiber Network"). Under the Factoring Agreement, Riviera loaned money to Optical Fiber Network in exchange for a security interest in and an assignment of Optical Fiber Network's "presently existing or hereafter arising, now owned or hereafter acquired accounts, accounts receivable, contract rights, chattel paper, documents, instruments, reserves, reserve accounts, rebates, general intangibles, and all books and records pertaining to accounts and all proceeds of the foregoing property" (the "Collateral"). A true and correct copy of the Factoring Agreement is attached hereto as Exhibit "A" and is incorporated herein by reference.

On August 14, 1998, Riviera perfected its security interest in the Collateral by filing financing statements with the North Carolina Secretary of State and the Guilford County Register of Deeds. True and correct copies of the financing statements are attached hereto as Exhibit "B" and incorporated herein by reference.

Under the Factoring Agreement, Riviera took a security interest in all of Optical Fiber Network's accounts receivables and other collateral. In addition, under the terms of the Factoring Agreement Riviera would advance funds to Optical Fiber Network for an assignment of specified receivables. Receivables were assigned to Riviera pursuant to a separate documents entitled Schedule of Accounts.

According to paragraph 47 of the Factoring Agreement, "[o]nce RIVIERA has purchased an Account, the Account and the payment from Customer as to that Account is the sole and exclusive property of RIVIERA." Furthermore, Paragraph 48 of the Factoring Agreement provides that "CLIENT will hold in trust and safekeeping, as the property of RIVIERA, and immediately turn over to RIVIERA the identical check or other form of payment received by CLIENT, whenever any payment on an Account purchased by RIVIERA comes into CLIENT'S possession."

**Optical Fiber Network's Contract with DDC-AA**

On February 2, 1999, the Defense Distribution Center Procurement Office in New Cumberland, Pennsylvania ("DDC-AA"), entered Contract No. SP310099M7045 with Optical Fiber Network for the provision of optical fiber cable (the "Contract"). The contract terms were 27,500 feet of cable at a price of $1.57 per foot for a total contract price of $43,175.00. A copy of the Contract is attached hereto as Exhibit "C." Optical Fiber Networks performed its obligations under the terms of the Contract and, in fact, provided 28,500 feet of cable, for a total contract price of $44,745.00.

On March 3, 1999, Optical Fiber Network assigned to Riviera an account receivable from DDC-AA and the Defense Finance and Accounting Service ("DFAS") in the amount of $44,745.00 (the "Receivable"). A copy of the Schedule of Account under which the Receivable was assigned to Riviera is attached as Exhibit "D." Upon assignment, the Receivable became the sole property of Riviera pursuant to the Factoring Agreement.

After the Receivable was assigned to Riviera, Riviera advanced funds on behalf of Optical Fiber Network in reliance that it would receive payment on the Receivable. Such reliance was based on the fact that, on February 17, 1999, Riviera sent DFAS a letter titled "Confirmation of Payment on Optical Fiber Network, Inc. Invoices Assigned to Riviera Finance. A copy of this letter was received by DFAS on March 2, 1999, per the signature on page two of the letter. A copy of the letter is attached hereto as Exhibit "E." Additional notice was provided by way of a letter dated February 23, 1999 from David Middleton, the president of Optical Fiber Networks, stating that it would like to amend the Contract to show that Riviera Finance should be recipient of payments of funds due under the Contract. A copy of this letter and the amended Contract are attached hereto as Exhibit "F." The final notice to DFAS consisted of Optical Fiber Networks' invoice which stated that all checks under the invoice were to be made payable to Riviera (the "Invoice"). A copy of the Invoice is attached hereto as Exhibit "G."

Despite the fact that Riviera gave these various notices to DFAS that payment on the Receivable should be made directly to Riviera, the payment for the Receivable was sent directly to Optical Fiber Network. On May 14, 1999, Optical Fiber Network then negotiated the check paying the Receivable. A copy of the negotiated check to pay the Receivable is attached hereto as Exhibit "H."

**Riviera's Claim**

Claim is hereby made for payment of compensation to Riviera of $44,745.00, as shown on the Invoice. Riviera's claim is based on the fact that Optical Fiber Network was paid for the Receivable instead of Riviera, despite notice to various governmental payors. The government has arbitrarily refused to make payment to the appropriate party. Consequently, because of the payment to the incorrect party, Riviera has been unable to collect the Receivable and has been harmed in the amount of $44,745.00.

STATE OF TEXAS

COUNTY OF TARRANT

CERTIFICATION

Danny Waite, being first duly sworn, deposes and says:

1. That I am a Legal Administrator for Riviera Finance of Texas, Inc. ("Riviera"), and
2. That I am authorized to complete this Certification on Riviera's behalf; and
3. That I have read the foregoing claim and it is made in good faith; and
4. That the supporting data are accurate and complete to the best of my knowledge and belief; and
5. That the amount requested accurately reflects the amount for which Riviera believes the government is liable.

RIVIERA FINANCE OF TEXAS, INC.

Danny Waite
Legal Administrator

Sworn to and subscribed before me
this 28th day of January, 2002.

Veronica Gaitan Buck
Notary Public

VERONICA GAITAN BUCK
Notary Public, State of Texas
My Commission Expires
November 17, 2003

My Commission Expires: 2003.

CHARLOTTE/018328-014/152956 v.1 01/28/02