# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RIVIERA FINANCE OF TEXAS, INC.<br>Plaintiff,<br>vs.<br>THE UNITED STATES OF AMERICA,<br>Defendant | Case No. 02-737C |

## PLAINTIFF'S PROPOSED FINDINGS OF UNCONTROVERTED FACTS

Pursuant to Rule 56(d) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff, Riviera Finance of Texas, Inc., respectfully submits Plaintiff's Proposed findings of Uncontroverted Facts.

1. On or about July 6, 1998, Riviera entered into a Factoring Agreement ("Agreement") with Optical Fiber Network, Inc. ("Optical Fiber Network"). App. A-1-4. Under the Agreement, Riviera took a security interest in all of Optical Fiber Network's accounts receivables and other collateral.

2. Under the terms of the Agreement, Riviera would advance funds to Optical Fiber Network for an assignment of specified receivables. Receivables were assigned to Riviera pursuant to a separate document entitled Schedule of Accounts. App. D-1. According to paragraph 47 of the Factoring Agreement, "[o]nce RIVIERA has purchased an Account, the Account and the payment from Customer as to that Account is the sole and exclusive property of RIVIERA." App. A-3.

3. On August 14, 1998, Riviera perfected its security interest in the Collateral by filing financing statements with the North Carolina Secretary of State and the Guilford County Register of Deeds. App. B-1-2.

4. On February 2, 1999, the Defense Distribution Center Procurement Office in New Cumberland, Pennsylvania ("DDC-AA"), entered Contract No. SP310099M7045 with Optical Fiber Network for the provision of optical fiber cable (the "Contract"). App. C-1-3. The contract terms provided that Optical Fiber Networks would ship 27,500 feet of fiber optical cable at a price of $1.57 per foot for a total contract price of $43,175.00.

5. On March 3, 1999, Optical Fiber Network assigned to Riviera an account receivable from DDC-AA and the Defense Finance and Accounting Service ("DFAS") in the amount of $44,745.00 (the "Receivable"). Upon assignment, the Receivable became the sole property of Riviera pursuant to the Factoring Agreement. After the Receivable was assigned to Riviera, Riviera advanced funds to Optical Fiber Network in reliance that it would receive payment on the Receivable.

6. Riviera's reliance was based on the fact that, on February 17, 1999, Riviera sent DFAS a letter titled "Confirmation of Payment on Optical Fiber Network, Inc. Invoices Assigned to Riviera Finance." App. E-1-3.

7. Additional notice was provided to DFAS by way of a letter dated February 23, 1999 from David Middleton, the president of Optical Fiber Networks, stating that it would like to amend the Contract to show that Riviera Finance should be recipient of payments of funds due under the Contract. App. F-1.

8. The amended Contract was signed by Michael Delcima on behalf of the United States of America on February 26, 1999. App. F-2.

9. The final notice to DFAS consisted of Optical Fiber Networks' invoice which stated that all checks under the invoice were to be made payable to Riviera (the "Invoice"). App. G-1.

10. Despite the fact that Riviera gave these various notices to DFAS that payment on the Receivable should be made directly to Riviera, the payment for the Receivable was sent directly to Optical Fiber Network. App. H-1. On May 14, 1999, Optical Fiber Network then negotiated the check paying the Receivable.

11. Riviera filed this action on June 26, 2002 in order to recover the amounts due and owing to Riviera from DFAS under the amended Contract and assignment.

This 6th day of June, 2003.

**POYNER & SPRUILL LLP**

S. Andrew Jurs

S. Andrew Jurs
N.C. State Bar No. 21345
Deborah M. Tyson
N.C. State Bar No. 28134
301 South College Street, Suite 2300
Charlotte, North Carolina 28202
(704) 342-5250

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing *Plaintiff's Brief and Response to Defendant's Motion for Summary Judgment* by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail, addressed to the following person at the following address which is the last address known to me:

Thomas B. Fatouros
Commercial Litigation Branch, Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005

This the 6th day of June, 2003.

S. Andrew Jurs

S. Andrew Jurs
301 S. College Street, Suite 2300
Charlotte, North Carolina 28202
Telephone: (704) 342-5301
Fax: (704) 342-5264
e-mail: sajurs@poynerspruill.com