# In the United States Court of Federal Claims

No. 02-737 C

(Filed: June 13, 2003)

***********************************
*
**RIVIERA FINANCE OF TEXAS, INC.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

Plaintiff's Response to Defendant's Motion for Summary Judgment, Plaintiff's Motion for Summary Judgment, and Plaintiff's Proposed Findings of Uncontroverted Fact were received by the Clerk's Office on June 6, 2003. The following defects were noted:

(1) Plaintiff's Response to Defendant's Proposed Findings of Uncontroverted Fact is missing. (Rule 56(h)).

(2) Plaintiff mistakenly filed its Motion for Summary Judgment and its Response to Defendant's Motion for Summary Judgment as separate documents with separate docket entries. Instead, Plaintiff should have filed one document, namely, Plaintiff's Cross-Motion for Summary Judgment and Response to Defendant's Motion for Summary Judgment.

Further, it is hereby ORDERED that:

(1) Plaintiff shall file its Response to Defendant's Proposed Findings of Uncontroverted Fact on or before June 25, 2003.

(2) Defendant shall file its Reply to Plaintiff's Response to its Motion for Summary Judgment and its Response to Plaintiff's Cross-Motion for Summary Judgment as one combined document. That document shall be filed on or before July 7, 2003.

(3) Plaintiff shall file its Reply to Defendant's Response to its Cross-Motion for Summary Judgment on or before July 24, 2003.

s/ Chief Judge Edward J. Damich