# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RIVIERA FINANCE OF TEXAS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-737C<br>(Chief Judge Damich) |

## PLAINTIFF'S OPPOSITION AND RESPONSE TO DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACTS

Pursuant to Rule 56(h) of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff, Riviera Finance of Texas, Inc. ("Riviera"), respectfully submits Plaintif's Opposition and Response to Defendant's Proposed Findings of Uncontroverted Facts. Plaintiff's Proposed Findings of Uncontroverted Facts, filed as a separate document on or about June 6, 2003, are hereby incorporated by reference.

1. On February 2, 1999, the Defense Distribution Office ("DDC") issued contract No. SP3100-99-M-7045, an order for supply and services, to Optical Fiber Network Inc. ("Optical Fiber"). The order was for the purchase of 27,500 feet of fiber optical cable. App. 1-3.

**RESPONSE: Agreed.**

2. The order informed the contractor that invoices should be mailed to the Defense Finance and Accounting Service ("DFAS"). The order stated that the contractor's address and the mailing address were the same. App. 1-3.

**RESPONSE: Agreed.**

3. In a letter dated February 17, 1999, Riviera Finance ("Riviera") notified DFAS and the contracting officer that Riviera was an assignee of the proceeds of the February 17, 1999

invoice. Riviera attached a notice of assignment to this letter stating that payment of the invoice should be made to Riviera. The attachment was purportedly signed by both representatives from Riviera and Optical Fiber. App. 5-7.

**RESPONSE: Agreed.**

4. On March 19, 1999, Optical Fiber submitted invoice No. 7045, dated February 12, 1999, that stated that 28,500 feet of cable had been shipped. The invoice totaled $44,745. Optical Fiber's address was blacked out. App. 4.

**RESPONSE: Agreed.**

5. On May 10, 1999, DFAS paid Optical Fiber $44,745.

**RESPONSE: Agreed.**

6. In a letter dated February 23, 1999, Optical Fiber requested that DDC amend the contract "to show that the recipient of funds for services rendered be addressed to Riviera Finance." The letter stated that Riviera Finance was Optical Fiber's finance company and provided DDC its address. App. 8.

**RESPONSE: Agreed.**

7. On February 26, 1999, the contracting officer modified the contract to change the remit address to Riviera Finance. App. 9.

**RESPONSE: Agreed.**

8. On July 1, 1999, Optical Fiber faxed a second invoice to DFAS, invoice No. 7045-b, for $1,982.91. DFAS made payment upon this invoice to Riviera. App. 10.

**RESPONSE: Agreed.**

9. Neither Riviera Finance nor Optical Fiber submitted the actual assignment instrument to the contracting officer or DFAS.

**RESPONSE: Disagreed.**

**Proposed Revision: On February 17, 1999, Riviera Finance submitted a letter to DFAS entitled "Confirmation of Payment on Optical Fiber Network Inc. (hereinafter "CLIENT") Invoices Assigned to Riviera Finance." Attached to such letter of confirmation was the Notification Agreement signed by both Optical Fiber and Riviera, which served as formal notification of the assignment and which served as the assignment instrument. DFAS assented to such assignment by signing the Confirmation letter on March 2, 1999. As stated above her signature on the Confirmation letter, Ms. Garcia had authority to assent to such assignment on behalf of DFAS. App. 5-7.**

10. By letter dated April 23, 2002, Riviera submitted a claim to DFAS for $44,745. Riviera claimed that the proceeds of the contract had been assigned to Riviera. App. 12-15. On February 8, 2002, DFAS denied the claim. App. 11.

**RESPONSE: Agreed.**

11. On June 26, 2002, Riviera initiated the present action.

**RESPONSE: Agreed.**

Respectfully submitted, this the 25th day of June, 2003.

**POYNER & SPRUILL LLP**

S. Andrew Jurs
N.C. State Bar No. 21345
Deborah M. Tyson
N.C. State Bar No. 28134
301 South College Street, Suite 2300
Charlotte, North Carolina 28202
(704) 342-5250

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing *Plaintiff's Opposition and Response to Defendant's Proposed Findings of Uncontroverted Facts* by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail, addressed to the following person at the following address which is the last address known to me:

Thomas B. Fatouros
Commercial Litigation Branch, Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005

This the 25th day of June, 2003.

S. Andrew Jurs

S. Andrew Jurs
301 S. College Street, Suite 2300
Charlotte, North Carolina 28202
Telephone: (704) 342-5301
Fax: (704) 342-5264
e-mail: sajurs@poynerspruill.com