# In the United States Court of Federal Claims

No. 02-737 C

(Filed: November 19, 2003)

```
***********************************
                                  *
RIVIERA FINANCE OF TEXAS, INC.,   *
                                  *
              Plaintiff,          *
                                  *
     v.                           *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
                                  *
***********************************
```

**ORDER**

It is hereby ordered that the opinion in this case dated October 31, 2003 be stricken from the record for a technical deficiency. It will be replaced with a conforming opinion. Judgment is not affected by this substitution.

s/ Chief Judge Edward J. Damich