# In the United States Court of Federal Claims

**No. 02-737 C**

**RIVIERA FINANCE OF TEXAS, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Opinion, filed November 19, 2003,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $44,745.00.

Brian Bishop
Acting Clerk of Court

**November 20, 2003** By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $250.00.