United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

November 26, 2003

S. Andrew Jurs, Esq.
Poyner & Spruill, LLP
100 North Tryon Street, Suite 4000
Charlotte, NC 28202-4010

In re: Riviera Finance of Texas, Inc. v. United States, No. 02-737 C

Dear Mr. Jurs:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated November 20, 2003, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Acting Chief Deputy Clerk
for Operations

Enclosures

cc: Thomas Bertrand Fatouros, Esq.
Department of Justice